**Order entered May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00605-CV

**EXPERT TOOL & MACHINE, INC., Appellant**

**V.**

**SEAN PETRAS, ET AL, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-006986**

## ORDER

Before the Court is Mark Alexander's May 29, 2014 motion to withdraw as appellant's counsel. In the motion, Mr. Alexander states, and our records reflect, appellant has retained James Bowen as counsel, and Mr. Bowen has filed an appearance. Accordingly, we **GRANT** Mr. Alexander's motion and **DIRECT** the Clerk of the Court to remove Mr. Alexander as counsel for appellant.

/s/    ELIZABETH LANG-MIERS
          JUSTICE